# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY J. LEBLANC, III

NO. 2018 KW 1198

AUGUST 27, 2019

---

In Re:     Gary J. LeBlanc, III, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1601361.

---

**BEFORE:   GUIDRY, THERIOT, AND PENZATO, JJ.**

**WRIT DENIED.** This court is a court of review, and relator has not pointed to any specific ruling of the district court for this court to consider. If relator intends to seek review of his misdemeanor conviction and/or sentence, he should specifically request that relief, provide a copy of the pertinent ruling(s), and identify how he believes the district court erred. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before October 28, 2019. Any future filing should include a copy of this ruling.

JMG
MRT
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT